UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WHIRLPOOL CORPORATION,

       Plaintiff,                    Case No. 1:11-cv-814

v.                                     HON. JANET T. NEFF

W.A.B. ENTERPRISES, INC. et al.,

       Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed March 20, 2012 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 20) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Entry of Default Judgment and Award of Costs and Attorney Fees (Dkt 12) is GRANTED as modified by the proposed Amended Order of Default Judgment (Dkt 19) for the reasons stated in the Report and Recommendation.

Default Judgment to issue.

Dated: April 9, 2012                           /s/Janet T. Neff
                                                  JANET T. NEFF
                                                  UNITED STATES DISTRICT JUDGE